IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN M. WYATT,

Defendant.                                                                   No. 02-CR-30060-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On November 1, 2010, John Wyatt, pro se, filed a pleading entitled notice and motion for new jury trial based on new evidence, new case law, and post sentence Brady violation by the office of the United States Attorney, -or- in the alternative, an evidentiary hearing on the motion Federal Rules of Criminal Procedure, Rule 33 (a) & (b) (Doc. 76). The Court **ORDERS** the Government to file a response to the motion on or before November 15, 2010.

**IT IS SO ORDERED.**

Signed this 8th day of November, 2010.

David R. Herndon
2010.11.08 14:37:54
-06'00'

**Chief Judge**
**United States District Court**