IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOHN M. WYATT,**

**Defendant.**                                                        **No. 02-CR-30060-DRH**

### ORDER

**HERNDON, Chief Judge:**

On November 15, 2010, the Court dismissed for lack of jurisdiction Wyatt's motion for new trial and for hearing (Doc. 80). Thereafter on December 3, 2010, Wyatt filed a notice of appeal as to the Court's November 15, 2010 Order (Doc. 81). Included in the notice of appeal was a request for sanctions against the Government which was docketed as a separate motion (Doc. 85). Wyatt moves the Court to sanction the Government arguing that he did not receive service of the Government's response to his motion for new trial. Despite Wyatt's contentions, the Government's certificate of service indicates that a paper copy was mailed by the United States Postal Service to Wyatt. Furthermore, the Court finds that a response from the Government was not necessary based on Wyatt's arguments. The Court

finds that sanctions are not warranted.  Thus, the Court **DENIES** Wyatt's motion for sanctions (Doc. 85).

       **IT IS SO ORDERED.**

Signed this 7th day of December, 2010.

                                      David R. Herndon
                                      2010.12.07
                                      18:04:42 -06'00'

**Chief Judge**
**United States District Court**